Form 5-1

# UNITED STATES COURT OF INTERNATIONAL TRADE

## INFORMATION STATEMENT

*(Place an "X" in applicable [ ])*

| PLAINTIFF:<br>NAN YA PLASTICS CORPORATION, LTD<br><br>ATTORNEY<br>PETER J. KOENIG<br>Squire Sanders (US) LLP<br>1200 19th Street NW, Suite 300<br>Washington, DC 20036<br>peter.koenig@~~ssd.com~~ Squiresanders.com<br>202.626.6600 | **PRECEDENCE**<br><br>If the action is to be given precedence under Rule 3(g), indicate the applicable paragraph of that section:<br><br>[ ] (1)      [x] (3)     [ ] (5)<br>[ ] (2)      [ ] (4)     [ ] (6) |
|---|---|

**CONSTITUTIONAL ISSUE - 28 U.S.C. § 255**

If this action raises an issue of the constitutionality of an Act of Congress, a proclamation of the President or an Executive order, check this box: [ ]

**JURISDICTION**

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**

| [ ] Appraisal | [ ] Classification | [ ] Charges or Exactions | [ ] Vessel Repairs |
|---|---|---|---|
| [ ] Exclusion | [ ] Liquidation | [ ] Drawback | |
| [ ] Refusal to Reliquidate | [ ] Rate of Duty | [ ] Redelivery | |

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**

| [ ] Appraisal | [ ] Classification | [ ] Rate of Duty |
|---|---|---|

**28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. § 1516a**

*(Provide a brief description of the administrative determination you are contesting, including the relevant **Federal Register** citation(s) and the product(s) involved in the determination. For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.)*

Subparagraph and Clause   19 U.S.C. §1516a(a)(2)(A)(i)(I) and 1516a(a)(2)(B)(iii)   Agency <u>Department of Commerce</u>
**Federal Register** Cite(s)   <u>78 FR 9668, February 11, 2013</u>
Product(s)   <u>*Polyethylene Terephthalate Film, Sheet, and Strip From Taiwan:*</u>

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2401b**

| [ ] U.S. Secretary of Labor | [ ] U.S. Secretary of Commerce | [ ] U.S. Secretary of Agriculture |
|---|---|---|

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515**

*(Provide a brief statement of the final determination to be reviewed.)*

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)**

Agency:   [ ] U.S. International Trade Commission   [ ] Administering Authority

**28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 19 U.S.C. § 1499**

| [ ] Sec. 641 (b) (2) | [ ] Sec. 641 (b) (3) | [ ] Sec. 641 (c) (1) | [ ] Sec. 641 (b) (5) |
|---|---|---|---|
| [ ] Sec. 641 (c) (2) | [ ] Sec. 641 (d) (2) (B) | [ ] Sec. 499 (b) | |

Form 5-2

| JURISDICTION (Continued) |
|---|

| **28 U.S.C. § 1581(h) - Ruling relating to:** |
|---|
| [ ] Classification  [ ] Valuation  [ ] Restricted Merchandise<br>[ ] Rate of Duty  [ ] Marking  [ ] Entry Requirements<br>[ ] Drawbacks  [ ] Vessel Repairs  [ ] Other: |

| **28 U.S.C. § 1581(i)** - *(Cite any applicable statute and provide a brief statement describing jurisdictional basis.)* |
|---|
|  |

| **28 U.S.C. § 1582 - Actions Commenced by the United States** |
|---|
| [ ] (1) Recover civil penalty under Tariff Act of 1930:<br>　　[ ] Sec. 592　　　　　[ ] Sec. 593A　　　　　[ ] Sec. 641 (b) (6)<br>　　[ ] Sec. 641 (d) (2) (A)　[ ] Sec. 704 (i) (2)　　[ ] Sec. 734 (i) (2)<br>[ ] (2) Recover upon a bond<br>[ ] (3) Recover customs duties |

**RELATED CASE(S)**

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending?  No

|  | PLAINTIFF | COURT NUMBER | JUDGE |
|---|---|---|---|
| [ ] Decided: | NA | | |
| [ ] Pending: | NA | | |